# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALLISON SLOCUM AND GARY SLOCUM, | § § § § § § § § | Civil Action No. 4:16-CV-00955 (Judge Mazzant/Judge Johnson) |
| v. | | |
| U.S. BANK NATIONAL ASSOCIATION, ET AL., | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2017, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss (Dkt. #18) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' motion (Dkt. #18) is **GRANTED**, and Plaintiffs' claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 16th day of June, 2017.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE